MICHAEL C. HALLERUD (CA BAR NO. 68971)
KENT JONAS (CA BAR NO. 55001)
THELEN REID & PRIEST LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3606
Tel. 415.371.1200
Fax 415.371.1211

Attorneys for Defendant
EMERY WORLDWIDE AIRLINES, INC.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS RACHFORD, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> AIR LINE PILOTS ASSOCIATION, INTERNATIONAL, et al., <br><br> Defendants. | Case No.: C03-01103 PJH <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

The parties hereby stipulate that Defendant Emery Worldwide Airlines, Inc., having committed that it will not oppose Plaintiffs' representation by counsel of their choice in any arbitration before the EWA System Board of Adjustment, be dismissed without prejudice from this action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Dated: October 25, 2005

_____
Louis D. Silver
Attorney for Plaintiffs

THELEN REID
& PRIEST LLP
ATTORNEYS AT LAW

STIPULATION AND ORDER OF DISMISSAL

1  Dated: October 24, 2005

_____
Jeffrey B. Demain
Barbara J. Chisholm
Attorney for Defendant
Air Line Pilots Association, Int'l


6  Dated: October 24, 2005

_____
Michael C. Hallerud
Attorney for Defendant
Emery Worldwide Airlines, Inc.


10  IT IS SO ORDERED:

12  Dated: October 26, 2005

_____
Phyllis J. Hamilton
United States District Judge